*This opinion is subject to administrative correction before final disposition.*

# United States Navy–Marine Corps
# Court of Criminal Appeals

Before
STEPHENS, DEERWESTER, and BONNER
Appellate Military Judges

_____

**UNITED STATES**
*Appellee*

**v.**

**Alex C. SANDOVAL**
Lance Corporal (E-3), U.S. Marine Corps
*Appellant*

**No. 202000216**

Decided: 31 March 2021

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge:
Stephen F. Keane

Sentence adjudged 24 June 2020 by a special court-martial convened at Marine Corps Air Station Yuma, Arizona consisting of a military judge sitting alone. Sentence in the Entry of Judgment: reduction to E-1, hard labor without confinement for 60 days, restriction to the limits of the Marine Wing Support Squadron 371 barracks for 60 days, confinement for 3 months, forfeiture of $1,120.00 pay per month for 10 months, and a bad-conduct discharge. [1]

For Appellant:
*Lieutenant Colonel Michael D. Berry, USMCR*

---

[1] The convening authority suspended hard labor and restriction for 60 days if immediate placement on appellate leave could be executed upon Appellant's release from confinement.

Opinion of the Court

For Appellee:
*Brian K. Keller, Esq.*

—————————————

**This opinion does not serve as binding precedent under
NMCCA Rule of Appellate Procedure 30.2(a).**

—————————————

PER CURIAM:

After careful consideration of the record, submitted without assignment of error, we have determined that the findings and sentence are correct in law and fact and that no error materially prejudicial to Appellant's substantial rights occurred. Uniform Code of Military Justice arts. 59, 66, 10 U.S.C. §§ 859, 866.

The findings and sentence are **AFFIRMED**.

FOR THE COURT:

RODGER A. DREW, JR.
Clerk of Court